## JOHNSON v. CENTRAL OF GEORGIA RAILWAY COMPANY.

PER CURIAM. Under the evidence in this case the court did not err in granting a nonsuit at the conclusion of the testimony introduced by the plaintiff.

*Judgment affirmed. All the Justices concur, except Beck, J., dissenting.*
FEBRUARY 25, 1916.

Action for damages. Before Judge Mathews. Houston superior court. October 20, 1914.

*Hall & Roberts,* for plaintiff.   *Battle & Hollis,* for defendant.